UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Amie Loy Ryan, ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | **JUDGMENT** |
| ) | | |
| Columbus Regional, ) | | No. 7:10-CV-234-BR |
| Healthcare System, Inc. ) | | |
| Defendant. ) | | |
| ) | | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration on defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion for summary judgment is GRANTED. The Clerk is directed to enter judgment in favor of Columbus Regional Healthcare System, Inc. and close the case.

**This judgment filed and entered on April 12, 2012, and served on:**

Junius B. Lee , III (via CM/ECF Notice of Electronic Filing)
George J. Oliver (via CM/ECF Notice of Electronic Filing)
Matthew Nis Leerberg (via CM/ECF Notice of Electronic Filing)
Eric A. Snider (via CM/ECF Notice of Electronic Filing)

April 12, 2012                                        /s/ Julie A. Richards,
                                                                 Clerk of Court